IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| | : | |
| v. | : | No. 09-50 |
| | : | |
| THINH HUNG LE | : | |

**ORDER**

AND NOW, this 22nd day of April, 2014, it is ORDERED, for the reasons stated on the record during the April 21, 2014, pretrial conference:

- The Government's Motion to Admit Tape Recordings and Transcripts (Document 52) is GRANTED in part and DENIED in part as follows:
    - The motion is DENIED as to proposed Exhibit 19 (phone call of August 6, 2006);
    - The motion is GRANTED as to all other proposed exhibits.

- Defendant Thinh Hung Le's Motion for Additional Time to File Memoranda of Law in Support of Pre-trial Motions (Document 30), Motion for Pretrial Hearing to Determine Admissibility of Alleged Co-Conspirator Statements and to Fix the Order of Proof in the Government's Case-in-Chief (Document 31), Motion to Compel Discovery (Document 34), and Motion to Dismiss Charges Based Upon Pretrial Delay (Document 44) are DISMISSED as withdrawn.

- Le's Motion to Suppress Wiretap Evidence (Document 46), Motion to Compel Relief from Mandatory Minimum Sentences and Compliance with Department Policy on Charging Mandatory Minimum Sentences in Drug Cases (Document 28), Motion for Government Agents to Retain, Preserve, and Produce Their Notes, and Citation of

Authority in Support Thereof (Document 33), and Motion in Limine to Exclude Other Act Evidence (Document 36) are DENIED.

- Le's Motion for Disclosure of Confidential Informant and Cooperating Witnesses, All Benefits Bestowed on Those Persons, and to Produce Same for an Interview (Document 32) is DENIED as moot.

- Le's Motion to Preclude 404(b) Material (Document 66) is DENIED without prejudice to reassertion at trial.

- The Court reserves ruling on Le's Second Motion in Limine—Preclude an Introduction at Trial of Evidence of Mr. Le's Prior Marijuana Conviction (Document 67).

BY THE COURT:

/s/ Juan R. Sánchez
Juan R. Sánchez, J.