IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| | : | No. 09-50 |
| v. | : | |
| | : | CIVIL ACTION |
| THINH HUNG LE | : | No. 18-0087 |

## **ORDER**

AND NOW, this 8th day of July, 2020, upon consideration of Defendant Thinh Hung Le's pro se Motions Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody and Second Motion to Revise Defendant's § 2255 Motion, and the Government's opposition, and for the reasons stated in the accompanying Memorandum, it is ORDERED the Motions (Documents 121, 124, & 130) are DENIED.

Because Le has not made a substantial showing of the denial of a constitutional right, i.e., that reasonable jurists would disagree with this Court's procedural and substantive rulings on Le's claims, a certificate of appealability shall not issue. *See* 28 U.S.C. § 2253(c)(2); *Slack v. McDaniel*, 529 U.S. 473, 483–84 (2000).

The Clerk of Court is DIRECTED to mark the above-captioned cases CLOSED.

BY THE COURT:

 /s/ Juan R. Sánchez
Juan R. Sánchez, C.J.